# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**    Marilyn D. Go      **DATE :**   1/11/11

DOCKET NUMBER:    11-018M      LOG #:   2:39 – 2:58
                                                                   2:59 – 3:01

DEFENDANT'S NAME :    Franck Lebrun
           ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL :    ✓ Peter Kirchheimer
           ✓ Federal Defender     ___ CJA     ___ Retained

A.U.S.A:    Anthony Capozollo      DEPUTY CLERK :   Felix Chin

INTERPRETER :   Arlette Weil      (Language)   French

**Detention** ___ Hearing held.     ___ Hearing adjourned to ___

✓ Defendant was released on   $10,000   PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type ___    Start ___    Stop ___

___ Order of Speedy Trial entered.    Code Type ___    Start ___    Stop ___

___ Defendant's first appearance.    ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

OTHERS :   Court sets bond @ $10,000